**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. RICHARD REIBERT, | ) |
| 2. NORMA LOSORNIO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CaseNo.:17-cv-350-CVE-JFJ |
| | ) |
| 1. CSAA FIRE & CASUALTY INSURANCE | ) |
| COMPANY, a foreign for profit Insurance | ) |
| Corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

On December 20th, 2017, Defendant served Plaintiffs with an Offer of Judgment in the above styled matter in the amount of One Hundred Thousand and 01/100 Dollars ($100,000.01), exclusive of any and all interest accrued to date, and exclusive of attorney fees and costs incurred to date. (Attached Hereto and Marked as Exhibit 1).

Please take notice that pursuant to FRCP 68(a), Plaintiffs, Richard Reibert and Norma Losornio, hereby accept Defendant's Offer of Judgment in the above styled matter, in the amount of One Hundred Thousand and 01/100 Dollars ($100,000.01), exclusive of any and all interest accrued to date, and exclusive of attorney fees and costs incurred to date.

1

Respectfully Submitted,

_s/Michael D. McGrew_
Michael D. McGrew, OBA # 13167
McGrew, McGrew & Associates, P.C.
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9909
Fax: (405) 235-9929
E-mail Address: mcgrewslaw@yahoo.com
**Attorney for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of January, 2018, I electronically transmitted the foregoing document, Plaintiffs' Notice of Acceptance of Offer of Judgment to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102

Counsel for Defendant

*s/Michael D. McGrew*
Michael D. McGrew