**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHARD REIBERT and NORMA LOSORINO, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 17-CV-0350-CVE-JFJ |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | ) |

## JUDGMENT

On December 20, 2017, defendant CSAA Fire & Casualty Insurance Company made an offer of judgement to plaintiffs Richard Reibert and Norma Losorino pursuant to Fed. R. Civ. P. 68(a). Dkt. # 44-1. Defendant offered to pay plaintiffs $100,000.01, exclusive of pre-judgment interest, attorney fees, and costs, to resolve all of plaintiffs' claims against defendant. Plaintiffs have accepted defendant's offer of judgment and the Court finds that judgment should be entered in favor of plaintiffs and against defendant under the terms specified in the offer of judgment.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of plaintiffs, Richard Reibert and Norma Losorino, and against defendant, CSAA Fire & Casualty Insurance Company, in the amount of $100,000.01, plus post-judgment interest from this date at the rate of 1.83% per annum, plus the costs of this action.

**DATED** this 4th day of January, 2018.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE